**JENNIFER BERGH**
Nevada Bar No. 14480
**QUILLING, SELANDER, LOWNDS,**
**WINSLETT & MOSER P.C.**
6900 N Dallas Parkway, Suite 800
Plano, TX 75024
Telephone: (214) 560-5460
Facsimile: (214) 871-2111
jberg@qslwm.com
*Counsel for Trans Union LLC*

**Designated Attorney for Personal Service**
Trevor Waite, Esq.
Nevada Bar No.: 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DANIELLE B. NEUMAN,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, TRANSUNION, LLC, and SHELLPOINT MORTGAGE SERVICING<br><br>Defendants. | Case No. 2:19-cv-01300-RFB-NJK<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (THIRD REQUEST)** |

Plaintiff Danielle B. Neuman ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Third Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On July 29, 2019, Plaintiff filed her Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is October 3, 2019. Counsel for Trans Union and Plaintiff are engaged in settlement discussions on this case and wish to extend the deadline for Trans Union to respond to the Complaint until October 17, 2019. This will allow the parties to continue settlement discussions without incurring additional fees and expenses.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including October 17, 2019. This is the second stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

DATED: October 3, 2019

**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER P.C.**

*/s/ Jennifer Bergh*
Jennifer Bergh
jberg@qslwm.com
Nevada Bar No. 14480
6900 N Dallas Parkway, Suite 800
Plano, TX 75024
(214) 560-5460
(214) 871-2111 Fax
***Counsel for Trans Union LLC***

**HAINES & KRIEGER, LLC**

*/s/ David H. Krieger*
David H. Krieger
dkrieger@hainesandkrieger.com
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
(702) 880-5554
(702) 383-5518 Fax
***Counsel for Plaintiff***

## ORDER

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED. **NO FURTHER EXTENSIONS WILL BE GRANTED.**

Dated October 3, 2019

_____
**UNITED STATES MAGISTRATE JUDGE**